# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DENNY C. MELTON,** | ) | **CASE NO. 7:16CV00541** |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD W. CLARKE,** | ) | By: Hon. Michael F. Urbanski |
| Respondent. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the motion to dismiss (ECF No. 18) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and the clerk shall **STRIKE** this action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER:** This _____ day of October, 2017.

/s/ Michael F. Urbanski
_____
Chief United States District Judge